UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JILL CARUSO, Individually,  :  <br> : <br> Plaintiff,  : <br> : <br>v.  :  Case No. 2:14-cv-13505 <br> : <br>HOLIDAY DEVELOPMENT, LLC  : <br>A Domestic Limited Liability Company  : <br> : <br> Defendant.  : <br>_____/  : | |

## NOTICE OF VOLUNTARY DISMISSAL AGAINST

## DEFENDANT SVS VISION INC.

Plaintiff, Jill Caruso, hereby voluntarily dismisses this action against SVS Vision, Inc., without prejudice.

Dated: October 27, 2014

                                                                  Respectfully submitted,

                                                                   /s/ Pete M. Monismith
                                                                   Pete M. Monismith, Esq.
                                                                   3945 Forbes Ave., #175
                                                                   Pittsburgh, PA 15213
                                                                   ph. (724) 610-1881
                                                                   pete@monismithlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Plaintiff's Notice of Voluntary Dismissal against SVS Vision Inc. was served upon all parties of record via the Court's CM/ECF system on October 27, 2014.

/s/ Pete M. Monismith
Pete M. Monismith, Esq.
3945 Forbes Ave., #175
Pittsburgh, PA 15213
ph. (724) 610-1881
pete@monismithlaw.com