UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JILL CARUSO, Individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 2:14-cv-13505 |
| | : |
| HOLIDAY DEVELOPMENT, LLC | : |
| A Domestic Limited Liability Company | : |
| | : |
| Defendant. | : |
| _____/ | : |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Jill Caruso, hereby voluntarily dismisses this action with prejudice.

Dated: December 3, 2014

                                              Respectfully submitted,

                                              /s/ Pete M. Monismith
                                              PETE M. MONISMITH (P78186)
                                              PETE M. MONISMITH, PC
                                              3945 Forbes Avenue,
                                              Suite #175
                                              Pittsburgh, Pennsylvania  15213
                                              Telephone:  (724) 610-1881
                                              Facsimile (412) 258-1309
                                              Pete@monismithlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Plaintiff's Notice of Voluntary Dismissal was served upon all parties of record via the Court's CM/ECF system on December 3, 2014.

/s/ Pete M. Monismith
PETE M. MONISMITH (P78186)
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com